IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| CAROL S CAWYER | CASE NO. 08-10756 NLJ |
| Debtor(s). | |

DISMISSED AFTER CONFIRMATION
_____
NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES.  THE FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT (90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C.SECTION 347(a) AND 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|---|---|---|---|---|
| 10/01/2010 | 935781 | BROOKHAVEN 66 | 1021 36TH AVE NW<br>NORMAN, OK 73072 | $ 5.14 |
| 10/01/2010 | 935895 | CERTEGY PYMT RECOV | 11601 ROOSEVELT BLV<br>ST PETERSBERG FL 33716 | $ 2.94 |
| 10/01/2010 | 936411 | GEORGIA CK RECOVER | PO BOX 45<br>JERSEY, GA 30018 | $ .22 |

DATED: 02/18/2011

/s/ John Hardeman
_____

CHAPTER 13 TRUSTEE
P.O. BOX 1948
OKLAHOMA CITY, OK 73101
(405)236-4843

#334/LB